**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSE LUIS PEDROZA and MARIA G. GOMEZ-PEDROZA, both individually and on behalf of their community property marital estate,

Plaintiffs,

vs.

COUNTRYWIDE BANK, N.A., a federally chartered national savings association; COUNTRYWIDE HOME LOANS, INC., a New York corporation; CTC REAL ESTATE SERVICES, a California corporation; RECONTRUST COMPANY, N.A., a federally chartered national savings association; TREASURY BANK, N.A., a federally chartered national savings association; COUNTRYWIDE FINANCIAL CORPORATION, a California corporation; BANK OF AMERICA, N.A., a federally chartered national savings association, BANK OF AMERICA CORPORATION, a North Carolina corporation; ANGELO MOZILO; DAVID SAMBOL; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,

Defendants.

Case No.: CV09-4371 R (VBKx)
Hon. Manuel L. Real
Ctrm 8 - Spring Street

**JUDGMENT OF DISMISSAL**

Complaint filed: June 18, 2009

The motion of Defendants Countrywide Bank, N.A., Countrywide Home Loans, Inc., Countrywide Financial Corporation, CTC Real Estate Services, ReconTrust Company, N.A., Bank of America, N.A., and Bank of America Corporation (collectively "Defendants") to dismiss the complaint of Plaintiffs Jose Luis Pedroza and Maria G. Gomez-Pedroza pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted came on regularly for hearing on January 4, 2010, at 10:00 a.m. before the Honorable Manuel L. Real. Suzanne M. Hankins of the Law Firm of Severson & Werson appeared on behalf of Defendants. There were no other appearances.

After considering the moving papers as well as all opposition papers, if any, and good cause appearing, the Court rules as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants' motion to dismiss is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs' complaint is dismissed with prejudice as to all defendants named in the complaint, including Countrywide Bank, N.A., Countrywide Home Loans, Inc., Countrywide Financial Corporation, CTC Real Estate Services, ReconTrust Company, N.A., Bank of America, N.A., and Bank of America Corporation. Plaintiffs are to recover nothing from Defendants.

DATED: February 01, 2010

HONORABLE MANUEL L. REAL

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the page of 18 and am not a party to this action. I am employed in the City of Irvine, California. My business address is Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, California 92612.

On the date below I served the within document(s) described as: **(PROPOSED) JUDGMENT OF DISMISSAL** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows: ☐ address as stated on the attached mailing list.

David A. St. John, Esq.
ST. JOHN & FOBI, LLP
235 W. Seventh Street
Oxnard CA 93030

Attorneys for plaintiffs JOSE LUIS PEDROZA and MARIA G. GOMEZ-PEDROZA

☒ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☒ **FEDERAL -** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 1, 2010, at Irvine, California.

By: ______________________________
Linda D. Owen